842 A.2d 918

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Glennatta A. CONAWAY,**

**Appeal of James H. Rowland, Jr.**

Supreme Court of Pennsylvania.

Argued May 13, 2003.

Decided Feb. 19, 2004.

Debra P. Fourlas, David E. Lehman, Harrisburg, for James H. Rowland, Jr.

Edward Michael Marsico, Jr., Harrisburg, James Patrick Barker, Williamsport, for the Com. of PA.

138

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2004, the appeal is hereby dismissed as having been improvidently granted.

Former Justice LAMB did not participate in the decision of this case.

Justice EAKIN dissents and would address the merits of the case.